UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BAUGHMAN,<br><br>　　　　　Respondent. | No. 2:18-cv-03250 GGH P<br><br><br>ORDER |

Petitioner filed his petition for a writ of habeas corpus on December 21, 2018. ECF No. 1. On January 3, 2019, the court granted petitioner thirty days to file an in forma pauperis affidavit or pay the required filing fee and file an amended petition in compliance with the court's instructions. ECF No. 3. On February 11, 2019, petitioner paid the required filing fee ($5.00). However, petitioner has failed to file his amended petition within the requisite deadline.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, in writing, within 14 days, why this matter should not be dismissed for failure to prosecute and/or to follow a court order pursuant to Federal Rule of Civil Procedure 41(b). The filing of an amended petition within this timeframe will serve as cause and will discharge this order.

Dated: February 12, 2019

　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1