UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON, | No. 2:18-cv-03250 GGH P |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| BAUGHMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding in pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254 provides for summary dismissal of a habeas petition "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court." In the instant case, it is plain from the petition and appended exhibits that petitioner is not entitled to federal habeas relief. Petitioner seeks review of a *civil* case where defendants untimely (according to petitioner) appealed from a civil case judgment or resolution; apparently petitioner is unhappy that his timeliness argument has not met with success. ECF No. 7 (Amended Petition) at 1. Petitioner alleges in his single ground for relief that "[t]here are time limits allowed by the judiciary for defendants to appeal a decision. The defendants filed too late." Id. at 5; see also Id. at 2, 3, 8-9. Here, it is apparent that petitioner does not seek to challenge "the fact or duration of

1

his physical imprisonment," nor is petitioner seeking relief in the form of a "determination that he is entitled to immediate release or a speedier release from that imprisonment." Preiser v. Rodriguez, 411 U.S. 475, 500 (1973). Instead, petitioner is requesting this court to intervene in alleged improper actions taken place in the California Third District Court of Appeal in a civil case. A writ of habeas corpus is not the appropriate vehicle for such relief. "[A] district court shall entertain an application for a writ of habeas corpus in behalf of a person in custody *pursuant to the judgment of a State court* only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a) (emphasis added). Accordingly, this petition should be summarily dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall assign this case to a district judge; and

2. The Clerk of the Court is directed to serve a copy of the petition filed in this case together with a copy of these findings and recommendations on the Attorney General of the State of California.

Further, IT IS HEREBY RECOMMENDED that:

1. The petition for writ of habeas corpus (ECF No. 7) be summarily DISMISSED with prejudice;

2. This court decline to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within twenty-one days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir.1991).

Dated: February 28, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE